UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIANNA DAVIS,<br>Plaintiff,<br>-v.-<br>KAMAR H. SAMUELS et al.,<br>Defendants. | 26 Civ. 2844 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Plaintiff Brianna Davis brought this action for violations of the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et seq.*, on April 7, 2026. ECF No. 1. On June 4, 2026, Defendants Kamar Samuels and the New York City Department of Education moved to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6). *See* ECF No. 9. On June 23, 2026, Plaintiff moved, with Defendants' consent, ECF No. 13, for an extension of time to file an amended complaint or opposition to Defendants' motion to dismiss until July 9, 2026, which the Court granted, ECF No. 14. On July 9, 2026, Plaintiff filed an amended complaint. ECF No. 15. Accordingly, Defendants' motion to dismiss the complaint, ECF No. 9, is hereby DENIED as moot. *See* ECF No. 12.

The Clerk of Court is directed to terminate ECF No. 9.

SO ORDERED.

Dated: July 24, 2026
New York, New York

Jennifer H. Rearden
JENNIFER H. REARDEN
United States District Judge